# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 20-7191

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

STACEY GERAD JENKINS,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:16-cr-00041-RAJ-RJK-2)

Submitted:  February 24, 2021               Decided:  March 10, 2021

Before KEENAN, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stacey Gerad Jenkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacey Gerad Jenkins appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). After reviewing the record, we conclude that the district court did not abuse its discretion in denying the motion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. *United States v. Jenkins*, No. 4:16-cr-00041-RAJ-RJK-2 (E.D. Va. July 31, 2020). We deny Jenkins' request for appellate counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*